514

LUCENT TECHNOLOGIES, INC.,
Plaintiff/Counterclaim Defendant–Cross Appellant

and

Lucent Technologies Guardian I LLC,
Counterclaim Defendant,

and

Multimedia Patent Trust,
Plaintiff/Counterclaim
Defendant,

v.

GATEWAY, INC., Gateway Country Stores LLC, Gateway Companies, Inc., Cowabunga Enterprises, Inc., and Gateway Manufacturing LLC, Defendants/Counterclaimants,

and

Dell, Inc., Defendant/Counterclaimant–Appellant,

and

Microsoft Corporation,
Defendant/Counterclaimant–Appellant.

Nos. 2008–1485, 2008–1486, 2008–1487, 2008–1495.

United States Court of Appeals, Federal Circuit.

May 19, 2009.

Rehearing En Banc Denied Nov. 23, 2009.

## ORDER FOR REMAND TO PERMIT CONSIDERATION OF JOINT REQUEST FOR VACATUR

Upon consideration of the Joint Motion for Remand to District Court to Permit Consideration of Joint Request for Vacatur, it is ORDERED that the motion is GRANTED, and that those portions of these appeals that relate to U.S. Patent No. 5,347,295 are remanded to the United States District Court for the Southern District of California for consideration of a joint motion by Lucent and Dell for vacatur of certain judgments, orders and decisions relating to claim construction and summary judgment.